UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. CR219-008 |
| | ) | |
| WARREN SINEPHA, | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENTAL SENTENCING MEMORANDUM**

Warren Sinepha filed a sentencing memorandum on January 17, 2020. (Doc. 70) After filing that memorandum, counsel received five letters and drawings from Sinepha's daughters, which she now submits for the Court's consideration.

Respectfully submitted this 18th day of January, 2020.

ROUSE + COPELAND LLC

/s/ Amy Lee Copeland
Amy Lee Copeland
Georgia Bar No. 186730
Attorney for Defendant

602 Montgomery Street
Savannah, Georgia 31401
912.807.5000
ALC@roco.pro



funny face ! (or) for Dad

Scanned by CamScanner



Scanned by CamScanner

Dear Dad,

I miss you so much. If I was Just in my room thinking about you, I would Just cry out of the Blue. I miss you so much!!! I miss our hugs, cuddels and kisses. I pray every night for you to be here. I have alot of stuff to tell you. First I turnd eight it was so fun!!! Next I'm going to third grade because I did good in school. And I have alot of friends in third grade. My school is awesome because there's alot of nice teachers. Also sometimes I pertend your here!! !! !! !!

Love, Aliyah

me   you

Love, you

Dear Dad,

"I really miss you!!" I am having fun in North Carolina. I have alot of friends, and I have or work to do. But I still get though it. I really can't wait until you come home and I can't wait to see you. Also "I Hate Gym". We always have to run, and I'm getting better at Art! Cant wait to 👁 you Daddy

Love you

Ariel

me ⬇︎

you ⬇︎

Skinny-head

Hey Dad

Hey

Hola papa, ¿Cómo estás?

I really miss you. Charlotte has been good so far. West Charlotte high school is ok. My 4th period is ceramics which is making items out of clay, and then fired in a kiln. I am kinda good at it. I got my dreads back. I did them by myself. I am 5 months in, and they are a little bit pass my ear (about 7 inches long due to shrinkage). I can't wait for my 16th birthday, I hope you could be there. I'll start practicing for my drivers test :). Oh yeah, and I'm still trying to figure out what I am going to be after High school. I have some ideas we'll just have to see

I Love You DAD

-Aviana

Scanned by CamScanner

Dear Dad,

I normally don't pour my heart out but your my dad and i really miss you. I think about you everyday. I want to be a gymnast i just need a membership. Hopefully you get out soon i really miss you. I would write more but i don't want to keep you reading.

your daughter
Azaria

Scanned by CamScanner

## CERTIFICATE OF SERVICE

Today I have served the defendant's supplemental sentencing memorandum by electronically filing it on the Court's CM/ECF portal, which generates a notice and a link to a file-stamped .pdf version of the filing that is distributed by email to all counsel of record.

Respectfully submitted this 18th day of January, 2020.

                                                 ROUSE + COPELAND LLC

                                                 /s/ Amy Lee Copeland
                                                 Amy Lee Copeland
                                                 Georgia Bar No. 186730
                                                 Attorney for Defendant

602 Montgomery Street
Savannah, Georgia 31401
912.807.5000
ALC@roco.pro