# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

| | |
|---|---|
| CASE NO. **CR219-8** | DATE **01/21/2020** |
| TITLE **USA v. Warren Sinepha** | |
| TIMES **11:05 - 11:41** | TOTAL **36 Minutes** |

| | |
|---|---|
| Honorable: **Lisa Godbey Wood, U. S. District Court Judge** | Courtroom Deputy: **Whitney Sharp** |
| Court Reporter: **Debra Gilbert** | Interpreter: |

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Marcela Mateo | Amy Lee Copeland | |

PROCEEDINGS: **Sentencing**    ☑ In Court   ☐ In Chambers

Objections - Yes ; as to paragraph 66 as to restitution amount.
As to those paragraphs not objected to, the Court adopts the findings of fact and conclusion of applicable advisory guidelines. The Court has read and reviewed the sentencing memo's.
Defense 11:06 - 11:09 / Government 11:09 - 11:10 / USPO 11:10
As to the objection - overruled to the extent that the request is to show only $40 restitution.
The Court finds a total Offense Level 19 / Criminal History II / Guideline 33-41 Months / 3 year supervised release / $10,000 - $100,000 fine / $100 special assessment / / $1,192.00 in restitution / no minimum - 20 years maximum
Defense 11:14 - 11:23 / Government 11:23 - 11:27 / Defendant 11:27 - 11:32
Court - BOP 35 months / 3 years supervised release / no fine / $100 special assessment / restitution of $1,192.00 / standard, special and mandatory conditions of release / FCI Miami to the extent space and security allow / recommendation to BOP for access to any job training to help obtain CDL or advanced warehousing skills / recommendation to BOP for access to anger management courses and mental health treatment / Glynn County Police Department to transfer 1,150.00 recovered to the Clerk of Court for dispersement / CTS with BOP to make ultimate calculation / DNA sample / mental health treatment program and comply during first year of supervised release / subject to searches / appeal waiver.